IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA D. HUTCHINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:16cv880-WKW-WC |
| ) | |
| BULLOCK COUNTY BOARD OF ) | |
| EDUCATION, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## RECOMMENDATION OF THE MAGISTRATE JUDGE

Before the court is Plaintiff's Amended Complaint (Doc. 9). On November 17, 2016, the District Judge entered an Order (Doc. 4) referring this matter to the undersigned Magistrate Judge "for further proceedings and determination or recommendation as may be appropriate." Subsequently, Plaintiff filed a Motion to Amend Complaint (Doc. 5), along with a proposed amended complaint, and a second Motion to Amend Complaint (Doc. 6), along with a second proposed amended complaint. The undersigned granted Plaintiff's second Motion to Amend Complaint (Doc. 6) and denied Plaintiff's first Motion to Amend Complaint (Doc. 5) as moot. Order (Doc. 7). Plaintiff was also granted permission to proceed *in forma pauperis*, and the undersigned reviewed Plaintiff's amended complaint (Doc. 9) pursuant to 28 U.S.C. § 1915(e). *See generally id.* During § 1915(e) review of Plaintiff's amended complaint, the undersigned determined that Plaintiff's claims, as asserted in her amended complaint, were not viable. Therefore, the undersigned directed Plaintiff to file another amended complaint that addressed the court's

concerns.  *Id*. at 17.  The court stayed process, and allowed Plaintiff fourteen days to file the requisite amended complaint.  *Id*.  The undersigned warned Plaintiff "**that her failure to amend as required by this order will result in the court's recommendation that this case be dismissed for failure to prosecute this action and abide by the orders of the court**."  *Id*. (emphasis in original).  The requisite time has passed and Plaintiff has not complied with the undersigned's order.  Consequently, the undersigned concludes that dismissal of this case is appropriate for Plaintiff's failure to prosecute this action and comply with the order of the court.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failure to prosecute this action and comply with the orders of this court.

It is further

ORDERED that Plaintiff is DIRECTED to file any objections to the said Recommendation on or before **January 31, 2017**.  A party must specifically identify the factual findings and legal conclusions in the Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered.  Failure to file written objections to the Magistrate Judge's findings and recommendations in accordance with the provisions of 28 U.S.C. § 636(b)(1) shall bar a party from a *de novo* determination by the District Court of legal and factual issues covered in the Recommendation and waives the right of the party to challenge on appeal the district court's order based on unobjected-to

factual and legal conclusions accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11th Cir. R. 3-1; *see Stein v. Lanning Sec., Inc.*, 667 F.2d 33 (11th Cir. 1982); s*ee also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*). The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

    Done this 17th day of January, 2017.

                                           /s/ Wallace Capel, Jr.
                                           UNITED STATES MAGISTRATE JUDGE