IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA D. HUTCHINS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:16-CV-880-WKW |
| BULLOCK COUNTY BOARD OF EDUCATION, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

On January 17, 2017, the Magistrate Judge filed a Recommendation (Doc. # 10) to which no timely objections have been filed. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 10) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's failure to prosecute this action and comply with the orders of this court.

A final judgment will be entered separately.

DONE this 3rd day of February, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE